**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

CITY OF PHILADELPHIA,      :   No. 182 EM 2016
                Respondent     :
                           :
                           :
             v.              :
                           :
                           :
ABRAHAM ITUAH,           :
                           :
             Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.